# IN THE SUPREME COURT OF THE STATE OF NEVADA

YOLANDA DYESS; AND ROSEMARY PHILLIPS,

Appellants,

vs.

THOMAS WHITE; AND LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 872, AFL-CIO,

Respondents.

No. 70108

**FILED**

SEP 0 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Kerry Louise Earley, District Judge
Rosemary Phillips
Yolanda Dyess
Law Offices of Kristina L. Hillman
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-27562